STATE OF IOWA, Appellee, v. JACK COREY, Appellant.

APRIL 3, 1928.

*Sullivan & Sullivan,* for appellant.

*John Fletcher,* Attorney-general, *F. W. Edwards,* County Attorney, and *Ralph William Travis,* Assistant County Attorney, for appellee.

KINDIG, J.—In this case, the State chose to proceed under Section 1936 of the 1927 Code, rather than Section 1945-a1, or some other applicable provision of the same Code.

A review of Sections 1934 to 1943 thereof, both inclusive, reveals the fact that the offense here charged necessitates: First, a consignor and consignee; second, the transportation; and third, the lack of proper marks or labels. *State v. Edwards,* 205 Iowa 587, and *State v. Drain,* 205 Iowa 581.

However, the record before us discloses no proof that there was a consignor or consignee for the intoxicating liquors in controversy, as contemplated by said legislative enactments; nor is there any showing that there was a "transportation," within the purview of that law. Consequently, the State did not establish its case. No benefit will result from a restatement of the discussion contained in the *Edwards* and *Drain* cases.

Because of the holdings under those authorities, the judgment of the trial court must be, and is, reversed.—*Reversed.*

STEVENS, C. J., and EVANS, FAVILLE, DE GRAFF, ALBERT, MORLING, and WAGNER, JJ., concur.